IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROSS LAMAR WILLIAMS,

　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　CASE NO.  4:13-cv-46-MW/CAS

MICHAEL D. CREWS,

　　　　　　　Respondent.

**************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION


The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed March 26, 2013.  The Court has also reviewed *de novo* Petitioner's Objections to the Report and Recommendation, ECF No.5, filed April 9, 2013.  Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the court's opinion.  The Clerk shall enter judgment stating, "The case file shall be **TRANSFERRED** to the United States District Court for the Southern District of

Florida."

SO ORDERED on April 12, 2013.

s/Mark E. Walker
United States District Judge